No. 98–5394.  HARVEY v. NEWLAND, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–5396.  GANTHER v. WOODS, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 98–5397.  DAY v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 98–5398.  HARRELL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 98–5399.  DANIELS v. WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–5400.  O'CONNELL v. BACA, JUDGE, DISTRICT COURT OF NEW MEXICO, BERNALILLO COUNTY, ET AL.  Sup. Ct. N. M. Certiorari denied.

No. 98–5401.  RICHARDS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–5402.  SAUCY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–5403.  PENA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–5404.  MACIEL v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.

No. 98–5407.  HYMAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5408.  MALEPEAI v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–5409.  LOPEZ v. HADA.  C. A. 9th Cir.  Certiorari denied.

No. 98–5411.  GERLAUGH v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98–5413.  TWEED v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.